## Fourth Department, April, 1952.

### (April 30, 1952.)

In the Matter of Edward C. Eaton, as Treasurer of the Department of Mental Hygiene and Syracuse Psychopathic Hospital, Respondent, against Onondaga County et al., Appellants.— 
 All concur. (Appeal from a judgment for petitioner in a mandamus proceeding.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [196 Misc. 648.] [See 280 App. Div. 881.]

Dorothy Bovay, as Administratrix of the Estate of Richard N. Bovay, Deceased, Appellant, v. State of New York, Respondent.— 
 All concur. (Appeal from a judgment dismissing a claim for damages for the death of claimant's intestate alleged to have resulted by reason of negligent condition of State highway.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of the Estate of Fred Jules, Deceased. Roman Kordas, Appellant; Frank L. Bowen, as Administrator De Bonis Non of the Estate of Fred Jules, Deceased, et al., Respondents.—

All concur. (Appeal from part of a decree granting a motion to dismiss a show cause order why petitioner should not be permitted to pay the debts of decedent.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.